**Frank E. HOLLOWAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59086.**

Missouri Court of Appeals,
Western District.

Aug. 7, 2001.

Jeannie M. Willibey, Asst. Public Defender, Kansas City, Mo, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Asst. Atty. Gen., Jefferson City, MO, Attorney for Respondent.

Before NEWTON, P.J., LOWENSTEIN and SMART, J.J.

#### ORDER

PER CURIAM.

The appellant was convicted of one count of delivery of a controlled substance and was sentenced to seven years of imprisonment. He now appeals from his Rule 24.035 motion, which was denied after an evidentiary hearing. Because this court finds that the appellant's guilty plea was made knowingly and voluntarily, this ruling is affirmed. Rule 84.16(b).